FILED

AUG 31 2022

CLERK U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| LS CLOUD STORAGE TECHNOLOGIES, LLC, | § § § Cause No. 6:22-CV-845-AM § § § |
| v. | |
| CISCO SYSTEMS, INC. | |

## ORDER

Before the Court is a Motion for Admission Pro Hac Vice for attorney Juan C. Yaquian, who seeks to enter this action on behalf of Cisco Systems, Inc. (ECF No. 7.) Mr. Yaquian is in good standing with the State Bar of Texas.[1] But he has appeared in this district pro hac vice in other proceedings. (ECF No. 7 at 5.)[2] Thus, his Motion for Admission Pro Hac Vice (ECF No. 7) is **DENIED**. If Mr. Yaquian desires to appear in the Western District of Texas, he shall promptly submit his application to be admitted to the bar of this Court in the manner set forth in the Local Rules.

SIGNED on this 31st day of August 2022.

_____
ALIA MOSES
United States District Judge

---

[1] *See Mr. Juan C. Yaquian*, Find a Lawyer, State Bar of Texas, available at https://www.texasbar.com/AM/Template.cfm?Section=Find_A_Lawyer&template=/Customsource/MemberDirectory/MemberDirectoryDetail.cfm&ContactID=358868.

[2] Mr. Yaquian has been admitted pro hac vice in the following matters: (1) Grecia v. PayPal, Inc.; 6:21-cv-309-ADA; (2) Netlist, Inc. v. Micron Technology, Inc.; 6:21-cv-430-ADA; (3) Netlist, Inc. v. Micron Technology, Inc.; 6:21-cv-431-ADA; (4) Netlist, Inc. v. Micron Technology, Inc.; 1:22-cv-134-LY; (5) Netlist, Inc. v. Micron Technology, Inc.; 1:22-cv-136-LY; (6) DESKTOPCITES, INC. v. VMWARE, Inc.; 6:22-cv-284-ADA-DTG; and (7) LS Cloud Storage Technologies, LLC v. Microsoft Corporation; 6:22-cv-321-ADA.