# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| LS CLOUD STORAGE TECHNOLOGIES, LLC | § § § | |
| vs. | § § § | NO: WA:22-CV-00845-AM |
| CISCO SYSTEMS, INC. | | |

## ORDER OF TRANSFER

It is hereby **ORDERED** that the above-styled case shall be **REMOVED** from the undersigned Judge's docket and **TRANSFERRED** immediately to the Waco doccket of the Honorable Alan D. Albright, United States District Judge, for Final Disposition.

SIGNED this 7th day of September, 2022.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE