UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LS CLOUD STORAGE TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC. <br><br> Defendant. | Case No. 6:22-cv-00845-ADA <br><br> **JURY TRIAL DEMANDED** |

**JOINT MOTION TO TRANSFER VENUE TO AUSTIN DIVISION**

Plaintiff LS Cloud Storage Technologies, LLC ("LS Cloud" or "Plaintiff) and Defendant Cisco Systems, Inc. ("Cisco" or "Defendant") jointly request that the above-captioned matter, Case No. 6:22-cv-321 (the "Action"), be transferred to the United States District Court for the Western District of Texas, Austin Division, and state as follows:

WHEREAS, on August 9, 2022, LS Cloud filed its Complaint against Cisco alleging infringement of U.S. Patent Nos. 10,154,092, 6,549,988 and 8,225,002;

WHEREAS, 28 U.S.C. § 1404(a) provides that, "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented" (emphasis added);

WHEREAS, counsel for the Parties have conferred about venue in this Action and have agreed that this Action be transferred in its entirety to the United States District Court for the Western District of Texas, Austin Division;

NOW, THEREFORE, LS Cloud and Cisco jointly move this Court to enter an Order transferring this Action to the United States District Court for the Western District of Texas, Austin Division, a Court of competent jurisdiction and proper venue for this action.

Dated:  November 18, 2022

By: /s/ William P. Ramey, III
William P. Ramey, III
Texas Bar No. 24027643
wramey@rameyfirm.com
Ramey LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Facsimile:  (832) 900-4941

**ATTORNEYS FOR LS CLOUD STORAGE TECHNOLOGIES, LLC**

Respectfully submitted,

 /s/ Krishnan Padmanabhan
Krishnan Padmanabhan (Pro Hac Vice)
kpadmanabhan@winston.com
Winston & Strawn LLP
200 Park Avenue
New York City, NY  10166
Telephone: (212) 294-3564
Facsimile:  (212) 294-4700

Barry Shelton
State Bar No. 24055029
bshelton@winston.com
Winston & Strawn LLP
2121 N. Pearl Street, Suite 900
Dallas, TX  75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

***ATTORNEYS FOR CISCO SYSTEMS, INC.***

## CERTIFICATE OF SERVICE

I certify that on  November 18, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

 /s/ *Krishnan Padmanabhan*
Krishnan Padmanabhan